UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al.,  )<br>  )<br>  Plaintiffs  )<br>  vs.  )<br>  )<br>MICHAEL O. LEAVITT, Secretary  )<br>U.S. Department of Health and Human Services,  )<br>  )<br>  Defendant.  )<br>_____) | Civil Action No._____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record

                                        /s/ Christopher Keough
                                        _____
                                        Christopher L. Keough
                                        DC Bar No. 436567
                                        VINSON & ELKINS L.L.P.
                                        1455 Pennsylvania Avenue, N.W.
                                        Suite 600
                                        Washington, D.C. 20004-1008
                                        (202) 639-6500 (phone)
                                        (202) 639-6604 (fax)

Date: October 18, 2007

DC 714992v2