UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1883 (RCL) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| U.S. Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(a), the undersigned counsel respectfully enters her appearance for Plaintiffs.

Respectfully submitted,

/s/ Stephanie A. Webster
Stephanie A. Webster (DC Bar No. 479524)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
Telephone:  202.639.6634
Facsimile:   202.639.6604
Email:   swebster@velaw.com

Counsel for Plaintiffs

October 23, 2007

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of October, 2007, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record for the Defendant:

        PETER S. SMITH
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530

        /s/ Stephanie A. Webster
        Stephanie A. Webster