UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., )<br>　　　　Plaintiffs,　　　　　　) <br>　　　　　　　　　　　　　　　) <br>　　v.　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>MICHAEL O. LEAVITT,　　　　) <br>Secretary, United States Department of　) <br>Health and Human Services,　　　) <br>　　　　　　　　　　　　　　　) <br>　　　　Defendant.　　　　　　) | Civ. Action No. 07-1883 (RCL) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　PETER S. SMITH, D.C. Bar #465131
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 307-0372