UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1883 (RCL) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Peter S. Smith as counsel for defendant in this case.

Respectfully submitted,

/s Peter S. Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-0765