UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 07-1883 (RCL) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372