UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Civil No. 07-1883 (RCL)<br><br>**ECF** |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services (the "Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 (thirty) days, up to and including January 28, 2008, within which to respond to the amended complaint in this action. In support of the instant motion, Defendant states as follows:

1. Plaintiffs in this action seek judicial review of two decisions by the Secretary denying administrative jurisdiction over Plaintiffs' request for certain Medicare reimbursement.

2. The Court's subject matter jurisdiction in this action is premised on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final Medicare reimbursement decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. The Secretary's response to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and for Sums Due Under the Medicare Act ("Plaintiffs' First Amended Complaint"), which was served on December 11, 2007, is currently due on December 27, 2007. Fed. R. Civ. P. 6(a), 15(a). Because of the press of other business and the intervening holidays,

counsel for the Secretary is unable to prepare a response to Plaintiff's First Amended Complaint before December 27, 2007. Accordingly, in order to allow sufficient time for preparation of an appropriate response to Plaintiff's First Amended Complaint, the Secretary respectfully requests an enlargement of time of thirty (30) days, up to and including January 28, 2008, within which to respond to the First Amended Complaint.

    4. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will have no effect on any other deadlines since no scheduling order has yet been entered in this case.

    5. On December 18, 2007, agency counsel conferred with Plaintiffs' lead counsel regarding the instant motion. Plaintiffs' lead counsel stated that he has no objection to the instant motion.

    6. This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.

    Respectfully submitted,

    /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372

2

                    /s/
LAWRENCE J. HARDER
Supervisory Trial Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-8080

OF COUNSEL:

DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 07-1883 (RCL) |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | **ECF** |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time Within Which to Respond to Plaintiffs' Amended Complaint, and the entire record herein, it is this ____ day of December, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' First Amended Complaint on or before January 28, 2008.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

Copies to: ECF counsel.