**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAPE COD HOSPITAL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 07-1883 (RCL) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | **ECF** |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Consent Motion for Enlargement of Time Within Which to Respond to Plaintiffs' Amended Complaint, and the entire record herein, it is this <u>2nd</u> day of January, 2008,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' First Amended Complaint on or before January 28, 2008.

SO ORDERED.


_____/s/_____

ROYCE C. LAMBERTH
United States District Judge


Copies to:  ECF counsel.