**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPE COD HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 07-1883 (RCL) |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | **ECF** |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant herein replies to Plaintiffs' opposition to Defendant's motion to stay proceedings on Plaintiffs' motion for summary judgment until the Court rules on Defendant's earlier-filed motion to dismiss.

Although Plaintiffs have opposed Defendant's motion to dismiss and remand, there is substantial agreement between the parties as to how this case should proceed. Plaintiffs agree that if the Court decides to rule on Defendant's motion to dismiss and remand before ruling on Plaintiffs' motion for summary judgment, and if the Court denies the motion to dismiss and remand, then the parties should confer regarding a schedule to govern further briefing of Plaintiffs' motion for summary judgment. See Pls.' Opp. to Def.'s Mot. to Stay Proceedings on Pls.' Mot. Sum. J. at 2. Plaintiffs object only to a "lengthy" delay in proceedings on their motion for summary judgment. See id. But Defendant has not requested any such "lengthy" delay, only a prudent postponement of proceedings on a motion for summary judgment that will become moot if the Court grants Defendant's motion to dismiss and remand.

At any rate, any delay in proceedings on Plaintiffs' motion for summary judgment will

not materially prejudice Plaintiffs, because if they prevail on their substantive legal theories, the relevant statute guarantees that they will be awarded interest on their claims running from one month after those claims were required to be filed with the agency. See 42 U.S.C. § 1395oo(f)(2). Thus, Plaintiffs will be reimbursed for the time value of the amount in controversy if they win this case. Because of the certainty of an award of interest to Plaintiffs if they prevail on the merits of this case, it is not in Defendant's interest to unnecessarily delay proceedings on those merits, as Plaintiffs continue to suggest. See id.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

  /s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372

                                              /s/
                                      LAWRENCE J. HARDER
Supervisory Trial Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-8080

OF COUNSEL:

JAMES C. STANSEL
General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services