UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:07-cv-01883 (RCL) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| Secretary of the United States | ) |
| Department of Health and | ) |
| Human Services, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

_____The Clerk will please **enter** the appearance of Lawrence J. Harder as counsel for the

Defendant in the above-entitled case.

                          Respectfully submitted,


                          s/LAWRENCE J. HARDER
                          LAWRENCE J. HARDER
                          Supervisory Trial Attorney
                          Department of Health and Human Services
                          Office of the General Counsel
                          Health Care Financing Division
                          7500 Security Blvd., C2-05-23
                          Baltimore, MD 21244-1850
                          (410) 786-8080