# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPE COD HOSPITAL, et al., | ) |
| | ) |
| Plaintiffs, | )     No. 1:07-cv-1883 (RCL) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| Secretary, United States Department | ) |
| of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

Please take note that the undersigned has a new address. The updated contact information is:

Stephanie A. Webster
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-9125 (phone)
(202) 626-3737 (fax)
SWebster@kslaw.com

Respectfully submitted,

/s/ Stephanie A. Webster
Stephanie A. Webster
DC Bar No. 479524
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-9125 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiffs

June 6, 2008