## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPE COD HOSPITAL,** *et al.*, )<br><br>**Plaintiffs,** )<br><br>**v.** )<br><br>**MICHAEL O. LEAVITT, SECRETARY** )<br>**United States Department of Health and** )<br>**Human Services,** )<br><br>**Defendant.** )<br> ) | **Civil Action No.: 07-1883 (RCL)** |

## <u>ORDER</u>

Upon consideration of defendant's Motion [15] to Dismiss and Remand, plaintiffs'

Motion [16] for Summary Judgment, defendant's Motion [19] to Stay Proceedings on plaintiffs'

Motion for Summary Judgment, the opposition and reply briefs, the entire record herein, and

applicable law, it is hereby

ORDERED that defendant's Motion to Dismiss and Remand is GRANTED; it is further

hereby

ORDERED that the Provider Reimbursement Review Board's ("PRRB") decisions in the

following cases are hereby vacated: case numbers 07-0705G and 07-0729G dated August 24,

2007, case number 07-2562G dated September 12, 2007, and case number 08-0184G dated

November 28, 2007; it is further hereby

ORDERED that this matter is remanded to the Secretary for reconsideration of plaintiffs'

above named PRRB appeals without application of 42 C.F.R. § 405.1804(a) to preclude review

of those appeals; it is further hereby

ORDERED that plaintiffs' Motion for Summary Judgment is DENIED as moot; it is

further hereby

ORDERED that defendant's Motion to Stay Proceedings is DENIED as moot; it is

further hereby

ORDERED that this case shall be terminated on the active dockets of this Court subject

to reinstatement upon conclusion of administrative review.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth on July 21, 2008.